UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80123-DMM

**NELSON FERNANDEZ**,

Plaintiff,

vs.

**THOMPSON MATCHBOX VENTURES
LLC, d/b/a MATCHBOX, a foreign limited
liability company**,

Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant THOMPSON MATCHBOX VENTURES

LLC, d/b/a MATCHBOX, through their respective undersigned counsel, pursuant to Local Rule 16.4,

hereby provide notice that the parties have reached a settlement and are in the process of reducing the

settlement to a written agreement and to filing the necessary dismissal document.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 4355 N.W. 36th Street |
| T. 954/362-3800 | Virginia Gardens FL 331 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email:duranandassociates@gmail.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/  Pelayo  M.  Duran*_____ |
|       RODERICK V. HANNAH |       PELAYO M. DURAN |
|       Fla. Bar No. 435384 |       Fla. Bar No. 0146595 |

**FISHER & PHILLIPS, LLP**
Counsel for Defendant
201 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
T. 954/525-4800
Email:  ifischler@fisherphillips.com


By     *s/ Ilanit S. Fischler*
       ILANIT S. FISCHLER
       Fla. Bar No. 106691